UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANTA DARGBEH, | ) | CIVIL NO: 1:17-cv-1818 |
| Petitioner | ) | |
| | ) | (Judge Jones) |
| v. | ) | |
| | ) | (Magistrate Judge Arbuckle) |
| CLAIR DOLL, *et al.*, | ) | |
| Respondents | ) | |

ORDER FOR RELEASE ON BOND

AND NOW, this 20th day of December, 2018, in accord with the accompanying memorandum opinion, it is ORDERED that Petitioner shall be promptly released from detention subject to the following conditions:

(1) Petitioner must not violate federal, state, or local law while on release.

(2) Petitioner must advise the court and immigration officials in writing before making any change of residence or telephone number.

(3) Petitioner must appear as required, and if ordered removed pursuant to her ongoing removal proceedings, must surrender as directed for removal.

(4) Petitioner is placed in the custody of:

Laporsch Williams
1501 Parkside Avenue, Apartment 9m
Ewing, NJ 08638
Telephone number (609)742-3830

Ms. Williams agrees to (a) supervise Petitioner, (b) use every effort to assure Petitioner's appearance at all proceedings, and (c) notify the court immediately if Petitioner violates any condition of release or is no longer in custodian's custody.

(5) Petitioner shall be supervised by immigration authorities while on release and may be required as part of that supervision to report as directed to designated immigration authorities. She shall appear for monthly in-person check-ins at the Philadelphia Field Office and shall check in by phone weekly unless instructed otherwise in writing.

(6) Petitioner must:

(a) abide by the following restrictions on personal association, residence, or travel: Petitioner's travel will be restricted to the following locations: New Jersey, the Eastern District of Pennsylvania, and the Middle District of Pennsylvania. Travel outside this restricted area may only occur with the advance written permission of immigration officials or the Court;

(b) not possess a firearm, destructive device, or other weapon and must not associate with any known criminal gang members;

(c) not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner;

(d) provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as ICE deems appropriate while on bond;

(e) report in person to the ICE location[1] provided to you at time of your release not later than 48 hours after your release from custody or by December 26, 2018, whichever is later;

(f) reside with your designated custodian and not change your place of residence without first securing written permission from DHS ICE ERO;

(g) notify your attorney, the Court, and immigration officials in writing of any change to your residence address or telephone number within twenty-four (24) hours of the change; and,

---

[1] If no location is provided at time of release report to either of these two offices which shall be the addresses referred to in this Order as "Immigration Authority", or "ICE" or "DHS ICE ERO" until Petitioner is provided in writing with different contact information:

**Pennsylvania**
Philadelphia Field Office
114 North 8th Street
Philadelphia, PA, 19107
Phone: (215) 656-7164
**Area of Responsibility:** Delaware, Pennsylvania, West Virginia

**New Jersey**
Newark Field Office
970 Broad St. 11th Floor
Newark, NJ, 07102
Phone: (973) 645-3666
**Area of Responsibility:** New Jersey

(h) Within seventy-two (72) hours of your release obtain and maintain a working cell phone and provide the phone number to your attorney, the Court, and immigration officials.

(7) Petitioner must notify both the court and immigration officials within 24 hours of any arrests or contacts with law-enforcement officials, including traffic stops and questioning.

**It is further ORDERED that Counsel for Petitioner shall** provide a copy of this order to the designated custodian and provide the Court with a signed acknowledgement by the designated custodian of her acceptance of the responsibilities of this order if ICE does not do so at the time of release.

**It is further ORDERED that Immigration and Customs Enforcement (ICE) shall** provide Petitioner with a copy of this Order and have her sign the acknowledgement before her release. If the Custodian is available at the time of release, ICE shall have her read and sign but they are not required to do so. ICE shall then provide a signed copy to the Court and **NOTIFY THE COURT** upon Petitioner's release from detention.

Date: December 20, 2018         BY THE COURT
                                _s/William I. Arbuckle_
                                William I. Arbuckle
                                U.S. Magistrate Judge

[The required acknowledgements appear on the next page]

# ADVICE OF PENALTIES AND SANCTIONS

**Petitioner is advised of the following penalties and sanctions: violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.**

## ACKNOWLEDGMENTS

**PETITIONER:**
I acknowledge that I understand all the conditions of my release contained in this Order and that the conditions may be modified, in writing, as set forth in the order. I promise to obey all conditions of release, to appear as directed, and to surrender as directed.

_____    _____
Date                Petitioner's Signature

**CUSTODIAN:**
I acknowledge that I understand all the conditions of Petitioner's release contained in this Order and that the conditions may be modified, in writing, as set forth in the order. I promise to (a) supervise Petitioner, (b) use every effort to assure Petitioner's appearance at all proceedings, and (c) notify the court immediately if Petitioner violates any condition of release or is no longer in custodian's custody.

_____    _____
Date                Custodian's Signature