# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANTA DARGBEH, | : | 1:17-cv-1818 |
| Petitioner, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| CLAIR DOLL, Warden, | : | Hon. William I. Arbuckle |
| York County Prison, *et al.*, | : | |
| Respondents. | : | |

## ORDER

## December 20, 2018

1. The Report and Recommendation of Magistrate Judge William I. Arbuckle (Doc. 38) is **ADOPTED**.[1]

2. A separate Order for Release on Bond will be issued.

3. Counsel for the Petitioner shall file a copy of the Acknowledgement to the Order for Release on Bond on the docket after it is executed by the Petitioner and her Custodian.

4. The Clerk of Court shall **CLOSE** this file.

s/ John E. Jones III
John E. Jones III
United States District Judge

---

[1] Counsel for Petitioner and Respondents have provided the Court with a letter advising that neither party will file objections to the Report and Recommendation.